## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| KEITH M. LAGARDE, On Behalf of Himself and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 1:15-cv-00891-SLR |
| v. | ) ) **CLASS ACTION** |
| CYTEC INDUSTRIES INC., SHANE D. FLEMING, WILLIAM P. POWELL, ANTHONY G. FERNANDES, CHRIS A. DAVIS, RAYMOND P. SHARPE, LOUIS L. HOYNES JR., BARRY C. JOHNSON PH.D., THOMAS W. RABAUT, CAROL P. LOWE, and DAVID P. HESS, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER CONCERNING DEFENDANTS' PENDING MOTION TO DISMISS AND PLAINTIFF'S COUNSEL'S ANTICIPATED APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

WHEREAS, on July 29, 2015, Cytec Industries Inc. ("Cytec" or the "Company") and Solvay SA ("Solvay") announced that they had entered an Agreement and Plan of Merger (the "Merger Agreement"), pursuant to which Solvay's wholly-owned subsidiary, Tulip Acquisition Inc. ("Tulip" or "Merger Sub"), would merge with and into Cytec, with Cytec surviving as a wholly-owned subsidiary of Solvay ("Proposed Transaction");

WHEREAS, on August 28, 2015, Cytec filed a Form PREM14A Preliminary Proxy Statement (the "Proxy") with the United States Securities and Exchange Commission ("SEC") regarding the solicitation of stockholders to vote in favor of the Proposed Transaction;

WHEREAS, on October 6, 2015, Plaintiff filed a class action complaint on behalf of himself and other Cytec public stockholders against Cytec and the Cytec board of directors (Shane D. Fleming, William P. Powell, Chris A. Davis, Anthony G. Fernandes, Raymond P.

Sharpe, Louis L. Hoynes, Jr., Barry C. Johnson, Thomas W. Rabaut, Carol P. Lowe, and David P. Hess) ("Defendants") alleging that the Proxy contained false and misleading representations and information and consequently Defendants violated Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") (15 U.S,C. §§78n(a), 78t(a), and United States SEC Rule 14a-9);

WHEREAS, on October 23, 2015, Defendants filed the Definitive Proxy and set the date for the stockholder vote to approve the Proposed Transaction for November 24, 2015;

WHEREAS, on or about November 8, 2015, Defendants filed a Motion to Dismiss (D.I. 6);

WHEREAS, under the applicable rules and pursuant to a scheduling ordered previously entered by the Court, Plaintiff's response to Defendants' Motion to Dismiss is due January 8, 2016;

WHEREAS, Plaintiff believes that the Proxy as amended after the commencement of this Action addressed certain of Plaintiff's allegations and the claim under Section 14(a) of the Exchange Act, and Plaintiff will not oppose Defendants' motion to dismiss, but will move the Court to approve an application by his Counsel for an award of attorneys' fees and costs on the grounds that the Defendants amended the Proxy and mooted Plaintiff's claims in response and due to the commencement of this Action ("Mootness Fee and Expense Application");

WHEREAS, Defendants intend to oppose Plaintiff's Mootness Fee and Expense Application;

**IT IS HEREBY ORDERED THAT**:

1. Defendants Motion to Dismiss (D.I. 6) is granted, and this action is hereby dismissed.

2

2.     The Court retains jurisdiction of this action for the purpose of adjudicating Plaintiff's Counsel's Mootness Fee and Expense Application in connection with claims asserted by Plaintiff in the Action;

3.     Plaintiff's motion in support of the Mootness Fee and Expense Application shall be served and filed by <u>February 4, 2016</u>, Defendants' opposition shall be served and filed by <u>February 25 , 2016</u>, and Plaintiff's reply shall be served and filed by <u>March 11, 2016</u>.   Oral argument on Plaintiff's motion is scheduled for _____, 2016.

4.     This Order is entered without prejudice to any position, claim or defense any party may assert with respect to the Fee and Expense Application or any matter related thereto.

Dated: January 8, 2016

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, PA** | **FARUQI & FARUQI, LLP** |
| */s/ Raymond J. DiCamillo* | */s/ James R. Banko* |
| Raymond J. DiCamillo (#3188) | James R. Banko (#4518) |
| Kevin M. Gallagher (#5337) | Derrick B. Farrell (#5747) |
| One Rodney Square | 20 Montchanin Road, Suite 145 |
| 920 N. King Street | Wilmington, DE 19807 |
| Wilmington, DE 19801 | Tel: (302) 482-3182 |
| (302) 658-6541 | jbanko@faruqilaw.com |
| dicamillo@rlf.com | dfarrell@faruqilaw.com |
| | |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |
| | |
| **OF COUNSEL:** | **OF COUNSEL:** |
| | |
| **SULLIVAN & CROMWELL LLP** | **FARUQI & FARUQI, LLP** |
| Brian T. Frawley | Juan E. Monteverde, Esq. |
| 125 Broad Street | James M. Wilson, Jr., Esq. |
| New York, New York 10004-2498 | 685 Third Avenue, 26th Floor |
| Tel.: (212) 558-4000 | New York, New York 10071 |
| Fax: (212) 558-3588 | Tel.: (212) 983-9330 |
| Email: FRAWLEYB@sullcrom.com | Fax: (212) 983-9331 |
| | |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

**KAHN SWICK & FOTI, LLC**
Michael J. Palestina, Esq.
206 Covington Street
Madisonville, LA 70447
Tel.: (504) 455-1400
Fax: (504) 455-1498

*Attorneys for Plaintiff*

**APPROVED AND SO ORDERED:**

_____

Judge Sue Robinson

4