UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KEITH M. LAGARDE, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CYTEC INDUSTRIES INC., SHANE D. FLEMING, WILLIAM P. POWELL, ANTHONY G. FERNANDES, CHRIS A. DAVIS, RAYMOND P. SHARPE, LOUIS L. HOYNES JR., BARRY C. JOHNSON PH.D., THOMAS W. RABAUT, CAROL P. LOWE, and DAVID P. HESS,<br><br>Defendants. | Case No. 1:15-cv-00891-SLR<br><br>**CLASS ACTION** |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, on January 12, 2016, the Court granted the Stipulation and Order Concerning Defendants' Pending Motion to Dismiss and Plaintiff's Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses (the "Order") (D.I. 24) providing for, among other things, the dismissal of this action without prejudice;

WHEREAS, on February 4, 2016, pursuant to the Order, Plaintiff filed his Memorandum in Support of Application for Attorneys' Fees and Expenses (the "Fee Application") (D.I. 26); and

WHEREAS, the parties now wish to provide for the withdrawal of the Fee Application and the dismissal of this action with prejudice,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Fee Application is WITHDRAWN.

2. This action is DISMISSED WITH PREJUDICE.

RLF1 14071083v.1

Dated: March 3, 2016

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, PA** | **FARUQI & FARUQI, LLP** |
| */s/ Raymond J. DiCamillo* | */s/ James R. Banko* |
| Raymond J. DiCamillo (#3188) | James R. Banko (#4518) |
| Kevin M. Gallagher (#5337) | Derrick B. Farrell (#5747) |
| One Rodney Square | 20 Montchanin Road, Suite 145 |
| 920 N. King Street | Wilmington, Delaware 19807 |
| Wilmington, Delaware 19801 | Tel: (302) 482-3182 |
| Tel.: (302) 658-6541 | jbanko@faruqilaw.com |
| dicamillo@rlf.com | dfarrell@faruqilaw.com |
| gallagher@rlf.com | |
| | *Attorneys for Plaintiff* |

**SULLIVAN & CROMWELL LLP**

Brian T. Frawley
125 Broad Street
New York, New York 10004-2498
Tel.: (212) 558-4000
Fax: (212) 558-3588
Email: frawleyb@sullcrom.com

*Attorneys for Defendants*

**APPROVED AND SO ORDERED:**

_____
Judge Sue Robinson

2